# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

July 23, 2020

Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/20
```

Re: *United States v. Adrian Agostini*
00 CR-237-19 (VM)

Dear Judge Marrero:

I am currently representing defendant Adrian Agostini pursuant to the Criminal Justice Act in his pending motion for a sentence reduction under the First Step Act of 2018. I have been contacted by Mr. Agostini's mother who passed along her son's request that I represent him in pursuit of compassionate release due to the COVID 19 pandemic in combination with his personal risk factors and institutional virus spread.

Accordingly, I write to respectfully request that Your Honor approve my appointment under the Criminal Justice Act to investigate and potentially prepare and file such an application pursuant to 18 U.S.C.§3582 ( c ) (1) (A) (i ).

Thank you for your consideration.

Respectfully submitted,

Richard H. Rosenberg

Request **GRANTED**.

**SO ORDERED.**
7/27/20
DATE
VICTOR MARRERO, U.S.D.J.