# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY  
SUITE 707  
NEW YORK, NEW YORK 10007

TEL: 212-586-3838  
FAX: 212-962-5037  
richrosenberg@msn.com

November 3, 2020

Hon. Victor Marrero  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/04/2020
```

Re: *United States v. Adrian Agostini*  
    **00 CR-237-19 (VM)**

Dear Judge Marrero:

On February 21, 2019 Your Honor appointed me to prepare and file a motion for a reduction of sentence on behalf of defendant Agostini pursuant to the First Step Act. I wish to submit an e-voucher for services performed in connection with this representation but no e-voucher for this assignment appears on my e-voucher account. I would greatly appreciate an order appointing me *nunc pro tunc* to February 21, 2019 in order for the CJA office to enter an e-voucher for this assignment.

Thank you for your consideration.

Respectfully submitted,

Richard H. Rosenberg

**Request GRANTED.** Richard Rosenberg is appointed *nunc pro tunc* as of February 21, 2019.

**SO ORDERED.**  
11/04/2020  
DATE        VICTOR MARRERO, U.S.D.J.